## COWELL cont^a STANIFORD

Edward Cowell of Boston plaint. cont^a John Staniford of Jpswich Defend^t in an action of debt of three hundred Sixty four pounds due to the plaint. upon the Forfiture of a bond, according to Attachm^t. . . . The Jury . . . found for the plaint. three hundred Sixty four pounds money being the Forfiture of the bond and costs of Court.

Edward Cowell afterwards appearing in Court. 31° Janur° 1679. acknowledged that hee was Satisfied this Judgem^t by fresh Security.